**Harold GLENN, Appellant,**

**v.**

**Michael BACHAND, Individually and in his official capacity as Chief of Police for the City of Wynne, Arkansas; Paul Nichols, Individually and in his**

official capacity as Mayor of the City of Wynne, Arkansas; Ervin Dobbins, Individually and in his official capacity as Alderman for the City of Wynne, Arkansas; Charles Hambrick, Individually and in his official capacity as Alderman for the City of Wynne, Arkansas; Monroe Futurall, Individually and in his official capacity as Alderman for the City of Wynne, Arkansas; Glen Hirons, Individually and in his official capacity as Alderman for the City of Wynne, Arkansas; City of Wynne, Appellees.

No. 07–1896.

United States Court of Appeals, Eighth Circuit.

Submitted: May 2, 2008.

Filed: May 15, 2008.

Durwood W. King, Helena, AR, for Appellant.

Angela R. Echols, Bachelor & Newell, North Little Rock, AR, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this action pursuant to 42 U.S.C. § 1983, Harold Glenn, a former City of Wynne, Arkansas police officer, appeals the district court's[1] adverse grant of sum-

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern Dis-

mary judgment on his claims against the City and City officials. After reviewing the record de novo and considering Glenn's arguments on appeal, we find no basis for reversing the district court's summary judgment decision. We also conclude that we lack jurisdiction to review the court's order dismissing Glenn's claims against Arkansas Special Agent Dale Arnold. *See* Fed. R.App. P. 3(c)(1)(B); *Berdella v. Delo*, 972 F.2d 204, 207–08 (8th Cir.1992) (appeal of one order does not inherently imply desire to appeal another). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

